IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **AFFIDAVIT IN SUPPORT OF** | ) | Case No. 4:26-MJ-053 |
| **APPLICATION FOR** | ) | |
| **CRIMINAL COMPLAINT** | ) | |

Colin D. Strickland, a Special Agent (SA) with the United States (U.S.) Department of Justice, Drug Enforcement Administration (DEA), being duly sworn, deposes and states:

INTRODUCTION AND AGENT BACKGROUND

1. I am authorized by the DEA as a SA with authority to conduct investigations and arrests pursuant to violations of Title 21 and Title 18 of the United States Code (U.S.C.).

2. I am presently employed by the DEA as a SA and have been employed with DEA since approximately 2018. During the course of my employment with the DEA, I have attended and graduated from the DEA Academy in Quantico, Virginia. During my employment as a Special Agent, I have been involved in investigations involving the illicit trafficking and distribution of controlled substances, including methamphetamine, heroin, fentanyl, cocaine, and marijuana.

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation and through conversations with law enforcement authorities with the DEA, Altoona Police Department (PD), Polk County Sheriff's Office (PCSO), Jasper County Sheriff's Office (JCSO), Iowa

1



(IA) Department of Public Safety (DPS) Division of Criminal Investigation (DCI), Newton Police Department (PD), and other law enforcement agencies / entities.

4. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses and does not set forth all of my knowledge about this matter.

5. Based on the information set forth below, it is the affiant's belief that probable cause exists to arrest MABRIER for possession with intent to distribute a controlled substance in violation of Title 21 U.S.C. § 841(a)(1), and 841(b)(1)(A) on June 9, 2025.

PROBABLE CAUSE

6. Law enforcement authorities with the DEA, and other law enforcement agencies have been actively investigating a drug trafficking organization (DTO) responsible for the distribution of multi-pound quantities of illicit methamphetamine. During the investigation, law enforcement authorities identified Scott MABRIER as a multi-pound quantity methamphetamine distributor in the Des Moines, Iowa (IA) metropolitan area.

7. MABRIER has been fully identified by law enforcement authorities through multiple factors to include investigative intelligence, surveillance operations, telephone analysis, court-authorized Pen Register Trap and Trace (PRTT) data, court-authorized Global Positioning System (GPS) Prospective Location

Information (PLI) data, cooperator information, the seizures of methamphetamine and other information. MABRIER is a convicted felon with a criminal history including multiple arrests within the United States, to include controlled substance violations.

8. In approximately April of 2025, law enforcement authorities with the DEA Des Moines Resident Office identified Scott MABRIER as a suspected multi-pound quantity methamphetamine distributor in the Des Moines, IA metropolitan area. A telephone number of MABRIER was identified to be (515) 452-9013 (MABRIER #). An address of MABRIER was identified to be 6616 SW 9th Street, Apartment 9, Des Moines, IA (MABRIER's APARTMENT). A vehicle of MABRIER was identified to be a white-in-color Jeep Compass displaying IA License Plate (LP) OEF193 (MABRIER JEEP). Further detailed below.

9. In April of 2025, a CashApp Application search of the MABRIER # listed results of a registered CashApp name of "Scott Mabrier", CashApp ID of "ScottMabebaby", and "Joined Dec 2024". Administrative subpoena return contents from TracFone Wireless, a subsidiary of Verizon Wireless for the MABRIER # reported subscriber information listing a PROFILE FIRST NAME of "scott copy_", PROFILE LAST NAME of "maybrier", Profile City of "Des Moines", and Profile City of "IA". Subpoena Return Content results also listed a Profile Email of "may455may@gmail.com", a Service Profile Carrier of "122794 VERIZON PREPAY PLATFORM", and an International Mobile Subscriber Identity of "311480131065635".

3

10. An Open-Source database check of Scott MABRIER in "IA" listed results of a subject matching that name with a date of birth (DOB) of "xx/xx/1962", a Social Security Number (SSN) of "xxx-xx-7393", an IA Driver's License (DL) # of "xxx-xx -5340"[1], and an address of "6616 SW 9TH ST APT 9 DES MOINES, IA 50315".

11. A law enforcement database check for IA Operator's License Number (OLN) "xxxxx5340" listed results of a name of "SCOTT RAY MABRIER", a residence address of "6616 SW 9TH ST APT 9; DES MOINES,IA 503156137", DOB of "1960-xx-xx", SSN: "xxxxx7393[2]", Height of "600", and Weight of "208", eye color of "green", and gender of "male". A criminal history search for MABRIER reported a Federal Bureau of Investigation # of "242478W4". Results also listed that MABRIER had a criminal history including a felony conviction. Results also listed that MABRIER had an arrest for possession of a controlled substance.

12. On April 15, 2025, a search of a law enforcement database reported that Scott MABRIER had a white, 2018 Jeep Compass, bearing Iowa license plate OEF193, address 6616 SW 9th Street, Apartment 9, Des Moines, Iowa, registered in his name.

---

[1] The full birthdate, social security number and driver's license number is known to affiant and redacted as personal identifying information.

[2] The full birthdate, social security number and driver's license number is known to affiant and redacted as personal identifying information and matches the information described in Paragraph 10, other than a different DOB year.

13. On approximately April 23, 2025, the Honorable United States District Court, Southern District of Iowa, Magistrate Judge William P. Kelly issued a court-order authorizing the collection of PRTT data for the MABRIER #. (Case No. 4:25-mj-251).

14. An analysis of the PRTT data received listed the MABRIER # to be in contact with multiple telephone numbers to include the following:

15. The MABRIER # was in contact with the telephone number (xxx) xxx-8725[3] approximately (87) times during the date range between April 24, 2025 and June 9, 2025. The MABRIER # was contacted by the telephone number (xxx) xxx-8725 approximately twice on June 7, 2025, three times on June 8, 2025, and five times on June 9, 2025.

16. The MABRIER # was in contact with the telephone number (xxx) xxx-2053[4] approximately (28) times during the date range between June 2, 2025 and June 9, 2025. The MABRIER # was in contact with the telephone number (xxx) xxx-2053 approximately six times on June 7, 2025, one time on June 8, 2025, and three times on June 9, 2025

---

[3] Cellular telephone number (xxx) xxx-8725, International Mobile Subscriber Identity (IMSI): xxxxxxxxx164062, with a listed subscriber First Name of "No", Last Name of "NAME", Address of "6500 EMERALD PY", City of "DUBLIN", and State of "OH", with Service Provider Verizon Wireless, which was later identified to be affiliated to Lester STACKHOUSE, a suspected drug source of supply from Chicago, IL.

[4] Cellular telephone number (xxx) xxx-2053 is registered to CashApp Account Name: Alysha Buell and CashApp ID: $domesticgoddess89, and "Joined Aug 2021", which was later identified to be affiliated to Alysha BUELL, a drug courier affiliated to MABRIER, further detailed below within this affidavit.

17. The MABRIER # was in contact with the telephone number (xxx) xxx-4769[5] approximately (27) times during the date range between May 2, 2025 and June 8, 2025. The MABRIER # was in contact with the telephone number (xxx) xxx-4769 approximately eleven times on June 7, 2025, and one time on June 8, 2025.

18. On approximately May 13, 2025, the Honorable United States District Court, Southern District of Iowa, Magistrate Judge Helen C. Adams issued a court-order authorizing the collection of GPS PLI data for the MABRIER #. (Case No. 4:25-mj-298).

19. On June 8, 2025, at approximately 12:20 a.m., the DEA received court-authorized GPS PLI data for the MABRIER # reporting coordinates of "Latitude = 41.701553, Longitude = -93.036571", and a radius of "272" meters. The coordinates were located in the area of Newton, IA.

20. On June 9, 2025 at approximately 12:20 a.m., the DEA received court-authorized GPS PLI data for the MABRIER# reporting coordinates of "Latitude = 41/702336, Longitude = -93.036571, and a radius of 331 meters. The coordinates were located in the area of Newton, Iowa.

21. On approximately June 9, 2025, at approximately 9:07 a.m., the DEA received court-authorized GPS PLI data for the MABRIER # reporting coordinates of

---

[5] Cellular telephone (xxx) xxx-4769, IMSI: xxxxxxxxx916886, with listed contact names "Shirley Stevens" and "Jeffrey Stevens", and billing address 1210 N 4TH AVENUE E, NEWTON, IA, with service provider U.S. Cellular, which was later identified to be affiliated to Jeffrey STEVENS, a drug stash residence operator affiliated to MABRIER, further detailed below within this affidavit.

"Latitude = 41.703044, Longitude = -93.036571", and a radius of "365" meters. The coordinates were located in the area of Newton, IA. On that date, at approximately 9:54 a.m., surveillance observed a white-in-color Jeep Compass displaying IA license plate (LP): OEF193[6] (MABRIER JEEP) parked in the driveway of 1210 N 4th Ave. E, Newton, IA (STEVENS RESIDENCE)[7]. At approximately 10:00 a.m., surveillance also observed a white-in-color Dodge Ram truck displaying IA LP UJ798[8] (STEVENS TRUCK) parked in the driveway of the STEVENS RESIDENCE next to the MABRIER JEEP.

### June 9, 2025-BUELL & OLOFSON ARRESTS

22. On June 9, 2025, at approximately 12:29 p.m., surveillance observed a white male (later identified as Thomas OLOFSON) exit the STEVENS RESIDENCE carrying a large black-in-color duffle bag. Surveillance subsequently observed

---

[6] According to Iowa Department of Motor Vehicles IA LP: OEF193 is registered to Scott MABRIER - DOB: xx/xx/1962 - OLN: xxxxx5340 -and registered as a 2008 white-in-color Jeep Compass - Vehicle Identification Number (VIN): xxxxxxxxxJT399388 - with Registered Address "6616 SW 9TH ST APT 9 DES MOINES IA 50315-6137".

[7] The STEVENS RESIDENCE and MABRIER JEEP were located within the radius of the coordinates received for the aforementioned GPS PLI Data reported for the MABRIER # (Paragraph #18).

[8] According to Iowa Department of Motor Vehicles IA LP: UJ798 is registered to Jeffrey STEVENS - DOB: xx/xx/1971 - OLN: xxx3766 - and registered as a 2010 white-in-color Dodge Ram 1500 - Vehicle Identification Number (VIN): xxxxxxxxx06819 - with Registered Address "1210 N 4th E Ave., Newton, IA 50208". The full date of birth, operator's number, and VIN are known to affiant and redacted as personal identifying information. STEVENS is a convicted felon with a criminal history including previous arrests for firearm and controlled substance violations. STEVENS was later federally indicted in the Southern District of Iowa for the events that occurred on 06/09/2025 further described below.

7

OLOFSON place the large black-in-color duffle bag at the rear end of the MABRIER JEEP on the ground and walk back in the STEVENS RESIDENCE. At approximately 12:31 p.m., surveillance observed a white female (later identified as Alysha BUELL) exit the STEVENS RESIDENCE and walk to the passenger side front door of the MABRIER JEEP, while carrying a brown-in-color purse and a white-in-color plastic sack. At approximately 12:33 p.m., surveillance observed OLOFSON exit the STEVENS RESIDENCE and open the driver's side front door of the MABRIER JEEP and unlock the vehicle. Surveillance subsequently observed BUELL open the passenger side front door of the MABRIER JEEP and put the brown purse and white-in-color plastic sack in the front seat. At approximately 12:36 p.m., surveillance observed OLOFSON enter the STEVENS RESIDENCE while BUELL sat in the front passenger's seat of the MABRIER JEEP. At approximately 12:56 p.m., surveillance observed OLOFSON exit the STEVENS RESIDENCE and subsequently enter the driver's seat of the MABRIER JEEP. At approximately 1:03 p.m., surveillance observed the MABRIER JEEP travel away from the STEVENS RESIDENCE. At approximately 1:48 p.m., surveillance observed the MABRIER JEEP driving west-bound on I-80, near the Colfax, IA exit. At approximately 2:00 p.m., a marked unit with the Altoona PD attempted to conduct a traffic stop on the MABRIER JEEP after it rolled through a stop sign at the intersection of exit I-80 and First Avenue N. The MABRIER JEEP subsequently fled from law enforcement. At approximately 2:11 p.m.,

OLOFSON and BUELL were taken into custody by law enforcement at "Iowa Truck and Trailer" addressed at 1026 NE 56th St., Altoona, IA.

23. A probable cause search of the MABRIER JEEP was conducted and law enforcement located multiple items of evidentiary value within to include: drug paraphernalia (contained in brown-in-color purse located on front passenger floorboard of MABRIER JEEP), and suspected methamphetamine (located on front passenger floorboard of MABRIER JEEP next to white-in-color plastic sack). Laboratory results for the methamphetamine located on the front passenger floorboard of the MABRIER JEEP reported a net weight of approximately (113.96) grams and findings of methamphetamine. Law enforcement authorities also located suspected methamphetamine contained in a white-in-color plastic style bag located outside of the MABRIER JEEP in the grass. Laboratory results for the methamphetamine located outside of the MABRIER JEEP in the grass reported a net weight of (112.13) grams and findings of methamphetamine. OLOFSON was arrested that same day for possession with intent to distribute - methamphetamine, second degree criminal mischief, obstructing prosecution or defense, and evading law enforcement authorities. BUELL was also arrested that same day for evading law enforcement authorities.

### June 9, 2025-MABRIER & STEVENS ARRESTS

24. On this same date, at approximately 1:14 p.m., surveillance observed STEVENS and another person standing outside the STEVENS TRUCK.

Shortly thereafter, surveillance observed the STEVENS TRUCK traveling away from the area of the STEVENS RESIDENCE. At approximately 1:50 p.m., the DEA received court-authorized GPS PLI data for the MABRIER # reporting coordinates of "Latitude = 41.685052, Longitude = -93.277047", and a radius of "961" meters. The coordinates were located in the area of I-80, west of Colfax, IA. At approximately 2:02 p.m., surveillance observed the STEVENS TRUCK traveling on the Hubble Ave. exit, in Altoona, IA. Surveillance followed the STEVENS TRUCK. At approximately 2:05 p.m., the DEA received court-authorized GPS PLI data for the MABRIER # reporting coordinates of "Latitude = 41.630539, Longitude = -93.534153", and a radius of "365" meters. The coordinates were located in the area of Hubble Ave and E 42nd St., in Des Moines, IA. Surveillance later observed the STEVENS TRUCK parked in front of building E of the Park Winds Apartment Complex, addressed at 3600 Kennedy Drive, Des Moines, IA. Law enforcement authorities knew through previous investigative intelligence that 3600 Kennedy Drive, Building E, Apartment 302, Des Moines, IA (MAYDEW'S APARTMENT), was the apartment of Julie MAYDEW, an associate of Scott MABRIER. At approximately 2:20 p.m., surveillance observed STEVENS exit the STEVENS TRUCK. Surveillance subsequently observed Brian WAGNER, STEVENS, MAYDEW and MABRIER enter Building E of the Park Winds Apartment Complex.

25. Shortly thereafter, law enforcement entered Building E, identified themselves as police and approached MABRIER, STEVENS, WAGNER, and MAYDEW in a common area of Building E, and all were subsequently detained. Law enforcement conducted a pat down of MABRIER that led to the feeling of a bulge in MABRIER's front right pocket. When asked what it was, MABRIER admitted it was "meth." Law enforcement then pulled out a bag containing suspected methamphetamine from the pocket of MABRIER. Laboratory results for the methamphetamine seized from the pocket of MABRIER reported a net weight of (27.95) grams and findings of methamphetamine. MABRIER was arrested that same day by the PCSO for possession of a controlled substance - methamphetamine.

26. On that date, law enforcement authorities conducted a consensual search of MAYDEW's APARTMENT. The search of MAYDEW's APARTMENT led to the acquisition of suspected methamphetamine found in a pink-in-color sweater pocket located in the closet of MAYDEW's room in MAYDEW's APARTMENT. Laboratory results for the methamphetamine seized from the pink-in-color sweater reported a net weight of (17.52) grams and findings of methamphetamine. MAYDEW also provided law enforcement with consent to look through MAYDEW's cellular telephone, which led to the discovery of the contact for MABRIER listed as "herion scott" that included two telephone numbers for MABRIER, specifically (515) 452-9013 (MABRIER #).

27. On that date, at approximately 2:50 p.m., MABRIER was advised of his rights pursuant to the *Miranda* warnings by law enforcement while MABRIER was seated in the backseat of a marked PCSO patrol vehicle. MABRIER confirmed he understood his rights saying, "Yes, I do." A post-*Miranda* interview was subsequently conducted with MABRIER. During the interview, MABRIER was asked, "What's out in Newton?". MABRIER replied, "my buddy's house." MABRIER was asked specifically what was out at the house and how much more methamphetamine was back at the house. MABRIER replied, "for one, it's mine" and MABRIER wasn't "exactly sure" how much was there. MABRIER was asked approximately how much MABRIER bought on his last purchase. Instead of verbally replying, MABRIER started giving numbers with his right-hand which law enforcement started verbalizing. MABRIER showed all five (5) right-hand fingers (3) times, followed by showing (3) fingers on his right-hand (1) time. When law enforcement counted along (5-10-15-18), MABRIER shook his head "yes" (up/down) confirming (18) was the amount of methamphetamine he'd acquired on his last transaction with his source of supply. When asked, MABRIER confirmed the total back at the STEVENS RESIDENCE would be around 17 pounds since there was approximately one pound in the MABRIER JEEP.

28. On this same date, law enforcement authorities obtained a court-authorized state of IA search warrant for the STEVENS RESIDENCE. At approximately 7:02 p.m., law enforcement authorities made entry and secured the STEVENS

RESIDENCE. During the subsequent search of the STEVENS RESIDENCE, law enforcement discovered the deceased body of Tomie Lee MISNER - in the basement back bedroom of the STEVENS RESIDENCE. MISNER is believed to have likely died from a drug overdose. Upon discovery of the deceased body, law enforcement authorities exited the STEVENS RESIDENCE, created a secure crime scene, and held security outside of the STEVENS RESIDENCE.

29. On June 10, 2025, at approximately 12:19 a.m., additional searching continued and led law enforcement authorities to the discovery and seizures of multiple items of evidentiary value contained in a black-in-color safe to include kilogram quantities of suspected methamphetamine with packaging, (1) handgun, and (1) rifle. Laboratory results for the methamphetamine found in the black-in-color safe reported a net weight of (6,162.7) grams and findings of methamphetamine. As a result, STEVENS was arrested and charged by law enforcement authorities for multiple charges to include possession with intent to deliver/manufacture methamphetamine, failure to affix a drug tax stamp, possession of a firearm by a prohibited person (felon and domestic abuse assault), and maintaining a drug house. STEVENS has since been federally indicted in the Southern District of Iowa.

30. On June 10, 2025, at approximately 3:15 a.m., law enforcement authorities with the DEA and PCSO executed a state of Iowa search warrant of the MABRIER's APARTMENT. As a result, multiple items of evidentiary value were located and seized to include a handgun (found inside black backpack in

living room), magazine (found inside black backpack in living room), ammunition (found inside black backpack in living room), and a small bag containing user amount of suspected methamphetamine (found in a green-in-color toolbox in bedroom).

31. On July 17, 2025, a recorded jail telephone call was placed by Scott MABRIER to Telephone Number - (xxx) xxx-4965 - known to be utilized by Julie MAYDEW. During this call, MABRIER stated to MAYDEW that "I just wanted to be a baller and a dope dealer and all that other bullshit." MABRIER also stated to MAYDEW that "That shit wasn't even heroin. It was fucking fentanyl and that other shit they make it with now. There wasn't no heroin in that."

32. Based on affiants training and experience, the quantities of methamphetamine seized from MABRIER'S person (Paragraph 23), MABRIER JEEP (Paragraph 21), and the STEVENS RESIDENCE (Paragraph 27), combined with other information related to this investigation, are consistent with quantities possessed for distribution.

33. It is the affiant's belief that probable cause exists to arrest MABRIER for possession with intent to distribute a controlled substance in violation of Title 21 U.S.C. § 841(a)(1), and 841(b)(1)(A) on June 9, 2025.

34. The affiant states the above statements are true and correct to the best of his knowledge, information, and belief.

Respectfully Submitted,

Colin D. Strickland, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 5th day of February, 2026

The Honorable Helen C. Adams
United States Magistrate Judge

15